UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROWE PLASTIC SURGERY OF NEW JERSEY, L.L.C., ET AL.,                    23-cv-8140 (JGK)

                Plaintiffs,                    ORDER

    - against -

AETNA LIFE INSURANCE COMAMPANY,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to file any motion to dismiss by **November 10, 2023**. The plaintiffs must respond by **November 27, 2023**. The defendant must reply by **December 8, 2023**.

SO ORDERED.

Dated:    New York, New York
          October 26, 2023

                                        John G. Koeltl
                                **United States District Judge**