UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROWE PLASTIC SURGERY OF NEW JERSEY, L.L.C, ET AL.,

          Plaintiffs,         23-cv-8140 (JGK)

  - against -                ORDER

AETNA LIFE INSURANCE COMPANY,

          Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 11.

SO ORDERED.

Dated:    New York, New York
          December 11, 2023

                                     John G. Koeltl
                              United States District Judge