```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

ROWE PLASTIC SURGERY OF NEW JERSEY, L.L.C, ET AL.,

                      Plaintiffs,         23-cv-8140 (JGK)

      - against -                 ORDER

AETNA LIFE INSURANCE COMPANY,

                      Defendant.

--------------------------------------------------

JOHN G. KOELTL, District Judge:

    This case is stayed pending the decision of the Second Circuit Court of Appeals in the recent appeal of <u>Rowe Plastic Surgery of New Jersey, LLC, et al. v. Aetna Life Ins. Co.</u>, No. 23-cv-8521, 2023 WL 8534865 (S.D.N.Y. Dec. 11, 2023). The parties should report to the Court on the status of the case within **7 days** of the decision by the Second Circuit Court of Appeals.

SO ORDERED.

Dated:    New York, New York
           December 22, 2023

                                      /s/ John G. Koeltl
                                         John G. Koeltl
                                United States District Judge