UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

ROWE PLASTIC SURGERY OF NEW JERSEY, L.L.C., ET AL.,

           Plaintiffs,

- against -

AETNA LIFE INSURANCE COMPANY,

           Defendant.
---

23-cv-8140 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    In view of the pending motion to amend, ECF No. 33, the parties are directed to advise the Court whether any party objects to the denial without prejudice of the fully briefed motion to dismiss, ECF No. 11. The time for the parties to submit any such objection is **January 24, 2025**, which is also the time when the pending motion to amend becomes fully briefed.

SO ORDERED.

Dated:    New York, New York
           January 11, 2025

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge