**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROWE PLASTIC SURGERY OF NEW JERSEY,
L. L. C., ET AL.,

                Plaintiffs,

   -against-                          23 **CIVIL** 8140 (JGK)

                                             **JUDGMENT**

AETNA LIFE INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 27, 2025, the complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      June 30, 2025

                                                        **TAMMI M. HELLWIG**

                                                         **Clerk of Court**

**BY:**

                                                         **Deputy Clerk**